IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA LLC | : |
| : | CIVIL ACTION NO. 2:19-cv-03055-cdj |
| Plaintiff, | : |
| v. | : |
| DANE MACMAHON | : |
| Defendant. | : |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of defendant, Dane MacMahon, in the above-captioned matter.

MORRIS WILSON, P.C.

*/s/ David R. Jacquette*

Dated: 02/24/2020          By:_____
David R. Jacquette, Esquire
161 Washington Street, Suite 900
Conshohocken, PA 19428
(610) 825-0500
djacquette@morriswilson.com
Attorney I.D. #309586
Attorney for Defendant